

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CARLOS BENITEZ PENALOSA,<br><br>　　　　　　Defendant. | Case No. 8:24-CR-00096-JWH-1<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

　　　A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

　　　B. (X) The defendant has not met his/her burden of establishing by clear and

1

convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the reasons stated on the record during the hearing, including allegations of drug use, failure to notify of a change of residence which reflect unwillingness to comply with the terms of supervised release. as well as a psychotic break resulting in hospitalization.

IT THEREFORE IS ORDERED that the defendant be detained pending the final revocation proceedings.

Dated: 01/21/2025

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge